This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**NATIONAL COLLEGIATE MASTER**
**STUDENT LOAN TRUST I, a Delaware**
**Statutory Trust,**

    Plaintiff,

**v.**                                      **No. 35,378**

**DONNA J. RAMZY,**

    Defendant,

**IN RE DARREN B. TALLMAN and**
**MACHOL & JOHANNES, LLLP,**

    Attorneys-Appellants.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**Darren M. Kugler, District Judge**

Gallagher, Casados & Mann, PC
John E. Farrow
Albuquerque, NM

for Plaintiff

Donna J. Ramzy
Las Cruces, NM

Pro se Defendant

Modrall, Sperling, Roehl, Harris & Sisk PA
Martha G. Brown
Barry J. Berenberg
Albuquerque, NM

for Appellant

## MEMORANDUM OPINION

**BUSTAMANTE, Judge.**

{1}     Summary reversal was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary reversal has been filed, and the time for doing so has expired.

{2}     Reversed.

{3}     **IT IS SO ORDERED.**


_____
                    **MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**


_____
**JONATHAN B. SUTIN, Judge**


_____
**RODERICK T. KENNEDY, Judge**